## FIELD vs. FIELD.

*Fourth District Court for San Francisco Co., Feb. T.*, 1858.

### SERVICE OF PROCESS—JURISDICTION.

Service of summons merely, without serving a certified copy of the complaint, is not
    sufficient of itself, under our statute, to give the court jurisdiction in the action, and
    of the defendant.

This was an *ex parte* motion for a decree of divorce, upon the report of a referee.

*J. C. Stebbins*, for plaintiff.

Defendant not in court.

HAGER, J.—By the sheriff's return it appears he personally served the defendant with a copy of the summons. It does not appear that a copy of the complaint has been served, as is required by our *code*, and the defendant has not appeared in the action.

Until the summons and complaint are served as required by statute, or the defendant appears, (*code*, § 35,) the court acquires no jurisdiction, and all proceedings in the action are void.

Plaintiff may have leave to complete the service of the summons and complaint.